## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

1. **CHRISTOPHER JOHN BROWN,**
2. **HEATHER ANN VAN WYHE,**

      **Plaintiffs,**

**v.**

      **Case No. 4:20-cv-00418-CVE-JFJ**

1. **STATE FARM FIRE AND CASUALTY COMPANY, a foreign for profit insurance corporation,**

      **Defendant.**

## COMPLAINT

## A.  Parties

1.    Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, are each citizens of the State of Oklahoma.

2.    Defendant, State Farm Fire and Casualty Company, is a foreign for-profit insurance corporation, incorporated and organized under the laws of the State of Illinois.

3.    The principal place of business for Defendant, State Farm Fire and Casualty Company, is Bloomington, Illinois.

4. Defendant, State Farm Fire and Casualty Company, is licensed to conduct business in the State of Oklahoma and may be served with process through the Oklahoma Department of Insurance.

5. This action is not related to any other case filed in this court.

## B. Jurisdiction

6. The court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is diversity between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## C. Facts

7. At all times material hereto, Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, owned a home located at 17934 Anthem Ridge Road, in Owasso, Oklahoma, which was insured under the terms and conditions of an insurance policy, policy number 36-BL-P673-1, issued by the Defendant, State Farm Fire and Casualty Company.

8. At all times material hereto, the Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, complied with the terms and conditions of their insurance policy.

9. On or about March 27, 2020, Plaintiffs' home was damaged as a result of a hail storm. The hail storm caused damaged to Plaintiffs' roof. These damages are covered pursuant to the terms and conditions of Plaintiffs' insurance policy.

10. Wind/hail are covered perils pursuant to the terms and conditions of Plaintiffs' insurance policy.

### D. Count I: Breach of Contract

11. Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, hereby assert, allege and incorporate paragraphs 1-10 herein.

12. The homeowner's insurance policy, policy number 36-BL-P673-1, issued by Defendant State Farm Fire and Casualty Company, was in effect on March 27, 2020.

13. Subsequent to the March 27, 2020 hail storm, Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, timely submitted a claim to Defendant, State Farm Fire and Casualty Company, for the damages.

14. The acts and omissions of Defendant, State Farm Fire and Casualty Company, in the investigation, evaluation, and denial of Plaintiffs' claim were unreasonable and constitute a breach of contract for which contractual damages are hereby sought. Defendant, State Farm Fire and Casualty Company, breached its contract with Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, by failing to conduct a reasonable investigation of Plaintiffs' claim, by evaluating the results of its investigation unreasonably and by unreasonably failing to issue payment for Plaintiffs' obviously hail damaged roof. Defendant improperly and unreasonably denied payment for Plaintiffs' hail damaged roofing system without

proper investigation. During Defendant's inspection, Defendant's adjuster did not perform a thorough inspection, intentionally disregarded obvious hail damage to Plaintiffs' roofing system and failed to consider the hail damage to Plaintiffs' roof as a whole.

### E. Count II: Bad Faith

15.   Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, hereby assert, allege and incorporate paragraphs 1-14 herein.

16.   The acts and omissions of Defendant, State Farm Fire and Casualty Company, in the investigation, evaluation, and denial of Plaintiffs' claim were unreasonable and constitute a bad faith breach of contract for which extra-contractual damages are hereby sought.  Defendant, State Farm Fire and Casualty Company, acted in bad faith by failing to conduct a reasonable investigation of Plaintiffs' claim, by failing to conduct a reasonable investigation of Plaintiffs' claim, by evaluating the results of its investigation unreasonably and by unreasonably failing to issue payment for Plaintiffs' obviously hail damaged roof. Defendant improperly and unreasonably denied payment for Plaintiffs' hail damaged roofing system without proper investigation. During Defendant's inspection, Defendant's adjuster did not perform a thorough inspection, intentionally disregarded obvious hail damage to Plaintiffs' roofing system and failed to consider the hail damage to Plaintiffs' roof as a whole.

## F. Punitive Damages

17.   Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, hereby assert, allege and incorporate paragraphs 1-16 herein.

18.   The unreasonable conduct of the Defendant, State Farm Fire and Casualty Company, in the handling of Plaintiffs' claim was intentional, willful, wanton and was committed with a reckless disregard for the rights of the Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, for which punitive damages are hereby sought.

## G. Demand for Jury Trial

19.   Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, hereby request that the matters set forth herein be determined by a jury of their peers.

## H. Prayer

20.   Having properly pled, Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, hereby seek contractual, bad faith and punitive damages against the Defendant, State Farm Fire and Casualty Company, together in an amount in excess of $75,000.00; including costs, interest and attorney fees.

Respectfully submitted,

S/ *Michael D. McGrew*
Michael D. McGrew, OBA# 013167
McGrew, McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, Oklahoma 73102
(405) 235-9909 Telephone
(405) 235-9929 Facsimile
mcgrewslaw@yahoo.com
**ATTORNEYS FOR THE PLAINTIFFS**