# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

1.  CHRISTOPHER JOHN BROWN,
2.  HEATHER ANN VAN WYHE,

      Plaintiffs,

v.

1.  STATE FARM FIRE AND
    CASUALTY COMPANY, a foreign
    for profit insurance corporation,

      Defendant.

Case No. 4:20-cv-00418-CVE-JFJ

## NOTICE OF SETTLEMENT

Comes Now the Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, by and through their counsel of record, who hereby give notice to the court that the parties have reached a settlement of the above captioned matter.   At this time, the parties are in the process of exchanging settlement release documents and drafts.   The parties respectfully request that any pending deadlines and hearings, including the January 17, 2023 trial date be stricken.   The Plaintiffs and Defendant anticipate that a final dismissal will be filed within thirty days.

Respectfully submitted this 30th day of December, 2022.

By: /s/Michael D. McGrew

Michael D. McGrew, OBA # 13167
Matthew M. McGrew, OBA # 32065
McGrew, McGrew & Associates
400 N. Walker Ave., #115
Oklahoma City, OK 73102
Telephone: (405) 235-9909
Facsimile: (405) 235-9929
E-Mail:    office@mcgrew-law.com
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of December, 2022, I electronically transmitted the foregoing document, PLAINTIFFS' NOTICE OF SETTLEMENT to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert Carlson
Lacy Pulliam
E. Talitha Ebrite
GABLEGOTWALS
110 N. Elgin Ave., Ste. 200
Tulsa, OK 74120
**COUNSEL FOR DEFENDANT**

*S/ Michael D. McGrew*
Michael D. McGrew