**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHRISTOPHER JOHN BROWN and HEATHER ANN VAN WYHE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 20-CV-0418-CVE-JFJ |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**ADMINISTRATIVE CLOSING ORDER**

Before the Court is the parties' notice of settlement (Dkt. # 136) advising that this matter has settled. Based upon the parties' representation and for good cause shown, the Court finds that this matter should be and is hereby administratively closed.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, this matter is **administratively closed** pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all pending scheduling order deadlines, including the **January 4, 2023** pretrial conference and the **January 17, 2023** jury trial, are hereby **stricken.**. The parties shall file their fully-executed joint stipulation of dismissal no later than **January 31, 2023**.

**DATED** this 30th day of December, 2022.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE