## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

1. **CHRISTOPHER JOHN BROWN,**
2. **HEATHER ANN VAN WYHE,**

    **Plaintiffs,**

v.

1. **STATE FARM FIRE AND
   CASUALTY COMPANY, a foreign
   for profit insurance corporation,**

    **Defendant.**

**Case No. 4:20-cv-00418-CVE-JFJ**

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Christopher John Brown and Heather Ann Van Wyhe, and Defendant, State Farm Fire and Casualty Company, by and through their counsel of record, hereby stipulate that the above-captioned action be dismissed with prejudice, with each party bearing its own attorney's fees, costs and expenses.

    Respectfully submitted,

    *s/Michael D. McGrew*
    Michael D. McGrew, OBA #13167
    McGREW, McGREW & ASSOCIATES
    400 N. Walker, Suite 115
    Oklahoma City, Oklahoma 73102
    (405) 235-9909 telephone
    (405) 235-9929 facsimile
    office@mcgrew-law.com
    *Attorneys for Plaintiffs*

*s/Robert J. Carlson*

(signed with permission by filing attorney)

Robert J. Carlson, OBA No. 19312

Lacy B. Pulliam, OBA No. 34004

GABLEGOTWALS

110 N. Elgin Ave., Ste. 200

Tulsa, OK 74120

(918) 595-4800 (918) 595-4990

rcarlson@gablelaw.com

lpulliam@gablelaw.com

**ATTORNEYS FOR THE DEFENDANT**